**Order entered September 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01254-CV**
**No. 05-13-01255-CV**
**No. 05-13-01256-CV**
**No. 05-13-01257-CV**

## IN RE TROY LEE PERKINS, RELATOR

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-00645-S, F07-71769-S, F07-71970-S, F07-71990-S**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of

mandamus.  We **ORDER** that relator bear the costs of this original proceeding.

/s/     JIM MOSELEY
          JUSTICE